IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FREDERICK WHEELER, </br></br>    Plaintiff, </br></br> vs. </br></br> AMERICAN TOBACCO CO., INC., </br></br>    Defendants. | Case No. 1:10-cv-00851-OWW-JLT </br></br> ORDER GRANTING PLAINTIFF A 30-DAY EXTENSION TO FILE FIRST AMENDED COMPLAINT </br></br> (Doc. 5) |

On June 23, 2010, the Court granted Plaintiff's motion to proceed in forma pauperis and ordered that his complaint be dismissed with leave to amend. Although this order was served on Plaintiff at the address that he lists as his usual residence, Plaintiff claims that he did not receive it in a timely fashion and has not had sufficient time to prepare an amended complaint. Plaintiff requests an additional ninety days to prepare his First Amended Complaint.

Based upon Plaintiff's representation and good cause appearing, the Court will **GRANT** Plaintiff an extension of 30 days to file his First Amended Complaint.

Accordingly, IT IS ORDERED that:

1.    Plaintiff is **GRANTED** 30 days from the date of service of this order to file a First Amended Complaint. The First Amended Complaint must reference the docket number assigned to this case and must be labeled "First Amended Complaint." Failure to file a First Amended

1  Complaint in accordance with this order will result in a recommendation that this action be
2  dismissed pursuant to Local Rule 110.
3       **Plaintiff is admonished that he must strictly comply with the requirements for filing**
4  **a timely "First Amended Complaint."  Also, Plaintiff is advised that he <u>must</u> address the**
5  **deficiencies noted in this order and he <u>must</u> file only <u>non-frivolous</u> claims against**
6  **appropriate defendants.  If he fails to comply with this order, the Court will recommend**
7  **dismissal of this action with prejudice.**
8
9  IT IS SO ORDERED.
10 Dated:   **June 23, 2010**                    /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE